IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TROY LEWIS MITCHELL,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5265

Opinion filed January 20, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

Troy Mitchell, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     DENIED.  See Munn v. Florida Parole Commission, 807 So. 2d 733 (Fla. 1st

DCA 2002).

PADOVANO, CLARK, and MARSTILLER, JJ., CONCUR.